[No. 33749-1-I.     Division One.     November 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RYAN HURT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06067-8, Jim Bates, J., entered October 28, 1993. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 32747-0-I.     Division One.     November 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN W. REED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03680-7, Jim Bates, J., entered April 21, 1993. *Reversed* by unpublished per curiam opinion, Coleman, J., dissenting. Withdrawn March 6, 1995. See 77 Wn. App. 1013.

[No. 33434-4-I.     Division One.     November 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM WALSTRAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-03227-9, Anthony P. Wartnik, J., entered September 22, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 15406-4-II.     Division Two.     November 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DRUMOND ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-01197-6, D. Gary Steiner, J., entered October 14, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Houghton, JJ.